**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PIERRE LAMAR TAYLOR,

    Petitioner,
                              Case No. 18-cv-11925
                              Hon. Matthew F. Leitman

v.

KATHLEEN OLSEN,

    Respondent.

_____/

## ORDER FOR SUPPLEMENTAL BRIEFING

The Court held a hearing in this habeas case on November 22, 2019. Following the hearing, counsel for Petitioner sought permission to file a post-hearing memorandum. That request is GRANTED. Counsel for Petitioner shall file the post-hearing memorandum by January 6, 2020. Counsel for Respondent may file a reply memorandum by February 17, 2020.

**IT IS SO ORDERED**.

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
Dated: December 3, 2019              UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 3, 2019, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764