# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PIERRE LAMAR TAYLOR,

        Petitioner,                Case Number: 18-cv-11925
                                                  Hon. Matthew F. Leitman

v.

SONAL PATEL,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Court's Opinion and Order Denying Petitioner's Petition for Writ of Habeas Corpus, dated March 30, 2020,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Respondent and against Petitioner.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  By:  s/Holly A. Monda
                                                  Deputy Clerk

Approved:

s/Matthew F. Leitman_____             Dated: March 30, 2020
Matthew F. Leitman                             Flint, Michigan
United States District Court