# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PIERRE LAMAR TAYLOR,

        Petitioner,

        Case No. 18-cv-11925
        Hon. Matthew F. Leitman

v.

SONAL PATEL,[1]

        Respondent.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION (ECF No. 19)

Petitioner Pierre Lamar Taylor is a state prisoner in the custody of the Michigan Department of Corrections. On June 18, 2018, Taylor, through counsel, filed a petition for a writ of habeas corpus in this Court pursuant to 28 U.S.C. § 2254. (*See* Pet., ECF No. 1.) On March 30, 2020, the Court entered an order denying Taylor's habeas petition and granting him a limited certificate of appealability. (*See* Order, ECF No. 17.) Taylor has now filed a timely motion for reconsideration seeking to expand the certificate of appealability. (*See* Mot. for Reconsideration, ECF No. 19.)

---

[1] The proper respondent in a habeas case is the state officer having custody of the petitioner. *See* Rule 2, Rules Governing Section 2254 Cases. The warden of Taylor's present place of incarceration is Sonal Patel. The Court therefore amends the case caption to substitute Sonal Patel as the Respondent.

Local Rule 7.1(h)(3) sets forth the standard for reconsideration:

> Generally, and without restricting the Court's discretion, the Court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the Court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the Court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

E.D. Mich. LR 7.1(h)(3).

Taylor has not persuaded the Court that it erred in limiting the certificate of appealability. Accordingly, **IT IS HEREBY ORDERED** that his Motion for Reconsideration (ECF No. 19) is **DENIED**.

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated: April 14, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 14, 2020, by electronic means and/or ordinary mail.

        s/Holly A. Monda
        Case Manager
        (810) 341-9764